IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **DEBBIE REGINA NORMAN,** ) | | |
| ID #43222-177 ) | | |
| Movant, ) | | |
| vs. ) | No. 3:16-CV-1892-N-BH | |
| ) | No. 3:11-CR-0203-N | |
| **UNITED STATES OF AMERICA,** ) | | |
| Respondent. ) | Referred to U.S. Magistrate Judge | |

# ORDER

By *Special Order No. 3-251*, this habeas case has been automatically referred for findings, conclusions and recommendation.

This case was stayed and administratively closed pending the Supreme Court's decision in *Beckles v. United States*, No. 15-8544, which has now been issued. (*See* doc. 6); *Beckles v. United States*, 137 S.Ct. 886 (2017). The stay of this case is **LIFTED**, and it is hereby **REOPENED**.

**SO ORDERED this 22nd day of January, 2018.**

_____
IRMA CARRILLO RAMIREZ
UNITED STATES MAGISTRATE JUDGE